Erik R. Quick, Esq., Trial Attorney, Jonathan D. Wasden, U.S. Department of Justice, Office of Immigration Litigation, Washington, DC, for Respondents–Appellees.

Before GARWOOD, PRADO and HAYNES, Circuit Judges.

PER CURIAM: *

Mario Lemus, formerly federal prisoner # 56398–019, appeals from the denial of relief in his action, filed in September 2009, seeking recognition that he is an American citizen so that he could have access to prison programs that allow for early release or halfway house placement. He sought transfer to a facility where he could avail himself of such programs. He also sought removal of an immigration detainer against him.

"This Court must examine the basis of its jurisdiction, on its own motion, if neces-

sary." *Mosley v. Cozby,* 813 F.2d 659, 660 (5th Cir.1987). Lemus's July 2010 release rendered moot his 28 U.S.C. § 2241 claims. *See Rocky v. King,* 900 F.2d 864, 867 (5th Cir.1990). Lemus's claim regarding the removal of the immigration detainer, whether brought under section 2241 or any other provision of law, was rendered moot by his September 2010 removal to Mexico. *See id.*

APPEAL DISMISSED.

**UNITED STATES of America, Plaintiff–Appellee**

v.

**Josue Nehemias CORTEZ–HERRERA, also known as Jose Cortes–Florea, also known as Josue Nehemias Cort Herrera, also known as Josue Nehemias Cortes, also known as Jose Cortez, also known as Alex Harrera, also known as Jose Cortez–Flores, Defendant–Appellant.**

No. 10–30319

Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 8, 2010.

Robert Benjamin Weir, Special Assistant U.S. Attorney, Diane Hollenshead Copes, Esq., Assistant U.S. Attorney, Stephen Andrew Higginson, Assistant U.S.

---

Attorney, U.S. Attorney's Office, New Orleans, LA, for Plaintiff–Appellee.

Robin Elise Schulberg, Assistant Federal Public Defender, Roma Ajubita Kent, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, New Orleans, LA, for Defendant–Appellant.

Before KING, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Josue Nehemias Cortez–Herrera has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Cortez–Herrera has filed a response. Our independent review of the record, counsel's brief, and Cortez–Herrera's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.